IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NATIONSTAR MORTGAGE, : Case No. 3:16-cv-127

Plaintiff,

District Judge Walter Herbert Rice
-vs- Magistrate Judge Michael R. Merz

SHELBY SANDERS, et al.,

Defendants. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 4), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that that this case is remanded to the Montgomery County Common Pleas Court. This case is TERMINATED on the docket of this Court.

May 31, 2016.

Walter Herbert Rice
United States District Judge

LC1,PRO SE,R/R

# U.S. District Court
## Southern District of Ohio (Dayton)
## CIVIL DOCKET FOR CASE #: 3:16-cv-00127-WHR-MRM
## Internal Use Only

Nationstar Mortgage LLC v. Sanders et al
Assigned to: Judge Walter H. Rice
Referred to: Magistrate Judge Michael R. Merz
Cause: 23:1441 Contract Real Estate

Date Filed: 04/07/2016
Jury Demand: None
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Federal Question

**Plaintiff**

**Nationstar Mortgage LLC**                     represented by  **Nationstar Mortgage LLC**
                                                                PRO SE

V.

**Defendant**

**Shelby Sanders**                              represented by  **Shelby Sanders**
                                                                215 West Hudson Ave
                                                                Dayton, OH 45405
                                                                PRO SE

**Defendant**

**Belinda Sanders**                             represented by  **Belinda Sanders**
                                                                215 West Hudson Ave
                                                                Dayton, OH 45405
                                                                PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2016 | 1 | MOTION for Leave to Proceed in forma pauperis by Defendants Belinda Sanders, Shelby Sanders. Responses due by 5/2/2016 (Attachments: # 1 Civil Cover Sheet, # 2 Notice of Removal, # 3 Complaint from Court of Common Pleas Montgomery County, Ohio, # 4 Summons Form) (srb) (Entered: 04/07/2016) |
| 04/07/2016 |   | Notation ORDER granting 1 Defendants' Motion for Leave to Proceed in forma pauperis. Signed by Magistrate Judge Michael R. Merz on 4/7/2016. (MRM) (Entered: 04/07/2016) |
| 04/11/2016 | 2 | ORDER TO SHOW CAUSE - It is hereby ORDERED that Defendants Belinda and Shelby Sanders who cause not later than Monday, April 25, 2016, why this case should not be remanded to the Common Pleas Court. Signed by Magistrate Judge Michael R. Merz on 4/11/2016. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF |

| | | |
|---|---|---|
| | | that did not receive electronic notification.) (Entered: 04/11/2016) |
| 04/12/2016 | 3 | COMPLAINT against Belinda Sanders, Shelby Sanders, filed by Nationstar Mortgage LLC. (pb) (Entered: 04/12/2016) |
| 04/26/2016 | 4 | REPORT AND RECOMMENDATIONS - It is respectfully recommended that this case should be remanded to the Montgomery County Common Pleas Court. Objections to R&R due by 5/13/2016. Signed by Magistrate Judge Michael R. Merz on 4/26/2016. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 04/26/2016) |
| 04/26/2016 | 5 | MOTION for Extension of Time to Show Cause by Presenter New date requested 5/10/2016. by Defendants Belinda Sanders, Shelby Sanders. Responses due by 5/20/2016 (srb) (Entered: 04/26/2016) |
| 04/28/2016 | | Notation ORDER denying 5 Motion for Extension of Time because it was untimely filed. Defendants may include any argument they have as to why the case should not be remanded in their objections to the Report and Recommendations. Signed by Magistrate Judge Michael R. Merz on 4/28/2016. (MRM) (Entered: 04/28/2016) |
| 05/03/2016 | | (Court only) ***Mailing Notice - re 4/28/16 Notation Order on Motion for Extension of Time, has been mailed by the Clerks Office by regular mail to Shelby and Belinda Sanders 215 West Hudson Ave Dayton, OH 45405 (pb) (Entered: 05/03/2016) |